IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Case No. 17-cr-00197-EGS |
| **HOLLIE ANN NADEL,** also known as "Rachel," | : |
| **Defendant.** | : |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Criminal Rule 44.5, the undersigned respectfully notifies this Honorable Court that she is withdrawing her appearance as counsel for Defendant in the above-captioned matter, Hollie Ann Nadel ("Defendant"). A. Jeff Ifrah and James M. Trusty have appeared on behalf of Defendant and will continue to represent her in all future proceedings.

Dated:  March 11, 2021              Respectfully submitted,

                                              */s/ Whitney A. Fore*
                                              Whitney A. Fore (Bar No.: 1028120)
                                              4507 Verplanck Place, NW
                                              Washington, DC  20016
                                              (202) 524-4140 – Telephone
                                              (202) 524-4141 – Facsimile

                                              *Attorney for Defendant Hollie Ann Nadel*