**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL CASE NO. 17-197-TSC** |
| | : | |
| **v.** | : | |
| | : | |
| **HOLLIE ANN NADEL,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE**
**AND MEMORANDUM IN AID OF SENTENCING**

Hollie Ann Nadel actively participated in an extortion, fraud, and money laundering scheme that caused Daniel Zancan to embezzle more than $4 million from his employer. But for Nadel's involvement, the scheme would not have succeeded, and Zancan's employer would not have lost a penny. Nadel's criminal conduct, if considered in a vacuum, would warrant a lengthy prison sentence close to the 70-to-87-month range recommended by the U.S. Sentencing Guidelines. She lied to Zancan about being in debt to the mafia. She facilitated phone calls between Zancan and Tony John Evans (one of her mob-impersonating coconspirators), which involved Evans demanding outrageous sums of money and threatening Zancan and his family. She manipulated Zancan by pretending to be in love with him and by convincing him that they would run off to start a new life together once he secured her ultimate freedom by paying off her purported debt.

Although Nadel's conduct was egregious, her case is complicated and includes extenuating circumstances. Based on those circumstances and her substantial assistance in the prosecution of coconspirators under Guidelines § 5K1.1, the government recommends that the Court reduce her final offense level from 27 to 13, resulting in a final guidelines range of 12 to 18 months. Consistent with that Guideline and the § 3553(a) factors described below, the government requests that the

Court sentence Nadel to 12 months and one day of incarceration followed by one year of supervised release.

## **FACTUAL BACKGROUND**[1]

### I.   NADEL'S UPBRINGING, EDUCATION, AND EMPLOYMENT

Nadel was raised in a loving home by her mom and dad who ensured that she and her sister had basic material necessities. PSR ¶ 102. The family lived in upper middle-class neighborhoods throughout her upbringing. PSR ¶ 102. Her childhood was devoid of any abuse. PSR ¶ 102. After she graduated from high school, she attended Ithaca College, where she graduated *cum laude* with a Bachelor of Fine Arts in Theater Production and Design. PSR ¶ 129. She secured employment in the entertainment industry, including as a designer, stylist, and wardrobe supervisor. She enjoyed her career working for well-known companies, such as NBC, ABC, CBS, FX, HBO, Netflix, and Marvel. PSR ¶ 132.

### II.   NADEL AND THE RUSSELL/EVANS/KASLOV FAMILY

Nadel met Gina Rita Russell—a serial con artist who has spent her life taking advantage of people—in New York City in approximately October 2009, years before the Zancan scheme started. *See* Gina Russell Statement of Offense ("Russell SOO") ¶ 11, 18-CR-103. When Nadel was going through a vulnerable time in her life, she had the misfortune of bumping into Russell, who offered Nadel a psychic reading.

---

[1] Given the Court's familiarity with the scheme to defraud Daniel Zancan's employer, this memo focuses on Nadel's activity. As the Court is aware, Gina Rita Russell masterminded the scheme. Robert Evans is Russell's ex-common-law spouse. Robert Evans' brothers are Tony John Evans and Corry Blue Evans. Archie Kaslov and Candy Evans are the three brothers' parents. Russell, Tony John Evans, Robert Evans, Corry Blue Evans, Archie Kaslov, and Candy Evans were charged in the same indictment in connection with the scheme; each has been sentenced. *See generally* 18-CR-103.

The relationship started as a positive one with Russell providing helpful emotional support. But it transformed into a highly toxic one, which included Russell exercising great influence over Nadel by exploiting Nadel's belief that Russell had psychic powers. Russell told Nadel that bad things would happen to Nadel or her family if money and items were not provided. Russell SOO ¶ 11. At one point, Russell had Nadel beat herself to drive "the demons out which would make her feel better." *Id*. None of the psychic services or spiritual work were true, and all the money that Nadel provided to Russell went to the benefit of Russell and members of her family. *Id*.

Nadel eventually served as a personal assistant to Russell and the Evans/Kaslov family, booking their vacations, arranging their transportation, and running their personal errands. Unlike traditional personal assistants, however, Nadel used her own money and credit to fund the Russell/Evans/Kaslov family's lifestyle. This included purchasing multiple vehicles for them, such as a Bentley GT. Russell SOO ¶ 12.

### III.    NADEL'S SCAM OF HER FATHER PURSUANT TO RUSSELL'S INSTRUCTIONS

Nadel provided Russell and the Evans/Kaslov family with large amounts of money. At first, the funds were from Nadel's lawful jobs. Then she obtained money by defrauding her father. Russell instructed Nadel to tell her father that she needed money for therapy, extensive sleep studies, and university classes. Russell SOO ¶ 13. At one point, Russell directed Nadel to look up the name of a New York therapist so she could reference the therapist while requesting additional money from her dad. When Nadel's father demanded to speak with the therapist, Russell arranged for her relative ("Person A") and Nadel to call Nadel's father. During that call, Person A impersonated the therapist to get Nadel's father to provide additional money. Russell SOO ¶ 14. Though he did not give any money after that call, Nadel's father indicated that he provided

approximately $1 million to Nadel due to her requests for money. *See* ECF No. 295 at 2-3.[2] Nadel

provided those funds to Russell and her family.

## IV.    RUSSELL'S ENCOURAGEMENT THAT NADEL RAISE MONEY THROUGH SEX WORK

Once Nadel's father stopped providing any financial assistance to Nadel, Russell and

Person A encouraged Nadel to earn more money by using sex to sell herself. Russell SOO ¶ 15.

Nadel began to provide sensual massage services through internet websites, including

Backpage.com. *Id*. Beginning in or about November 2016, in addition to the funds raised from sex

work, Russell actively encouraged Nadel to raise money and obtain jewelry and expensive

merchandize by falsely claiming that she was in distress and in physical danger of harm unless she

repaid a large debt. *See* Russell SOO ¶ 16, 24(b).

## V.    THE SCHEME TO EXTORT DANIEL ZANCAN AND TO DEFRAUD R&R MECHANICAL CONTRACTORS, INC.

### A.  General Overview

Just as she had done with numerous other men, Nadel met Zancan through Backpage and

engaged in a romantic relationship with him. Zancan ultimately fell in love with her despite being

married with kids. Working with Russell and members of the Evans/Kaslov family, Nadel spun

tales of distress, physical danger, and financial woe to get Zancan to provide money and valuables

to her, which she then provided to the Russell/Evans/Kaslov family.

During the course of her relationship with Zancan, Nadel told him – falsely – that her father

had abused her during her youth and attacked her when she confronted him about the abuse years

later. She also said that her father initiated legal proceedings against her and that she had become

---

[2] The total amount provided by Mr. Nadel might have been $1.5 million. *See* ECF No. 539 at 3.

indebted to unidentified "dangerous" people in New York when paying for legal costs associated with the dispute with her father. She said her friend of many years, Gina Russell, provided her with financial assistance. She also claimed the dangerous people to whom she owed money held her against her will in New York, sometimes for days at a time, and physically assaulted her. She convinced Zancan that these dangerous people posed a grave danger to her.

Russell regularly instructed Nadel what to tell Zancan to explain the regular and increasing demands for money. Russell SOO ¶ 24(b).

### B.  Scheme's Specifics

Zancan tried to help Nadel pay off her alleged debt to the purported New York mobsters. He initially provided her about $2,000 or $2,500. Sometime in the beginning of January 2017, per Russell's instructions, Nadel told Zancan that the New York individuals demanded that she pay approximately $100,000. Because Nadel could not make such a payment, she said the New York individuals requested that she pay by providing them two expensive Rolex watches instead. Nadel asked Zancan to help finance the watches, so they traveled together to a high-end jewelry store in Northern Virginia. During their trip, Zancan observed Nadel communicating with the individuals in New York via text message and telephone call. Zancan could not hear the contents of the conversation, but Nadel relayed them to him. Zancan believed Nadel was really being threatened, so he filled out a credit application with the jewelry store and obtained a $10,000 line of credit. Because he only obtained $10,000 in credit, he was unable to purchase any watches to assist Nadel with her "payment."

While they were outside the jewelry store, Zancan told Nadel that he could use his employer's funds to make a cash payment to the New York individuals. Nadel claimed that she

initially did not want to take the risk of Zancan misappropriating company funds, but then agreed with Zancan's plan. Nadel told the New York individuals, via telephone, that she could not get their payment in cash form. She said they suggested obtaining a cashier's check in her name, cashing the check, and providing them with cash.

On January 11, 2017, Zancan started embezzling funds from his employer. He initiated an approximately $110,000 wire transfer from one of his employer's bank accounts to Nadel's personal Bank of America account. Zancan wired the money believing that Nadel was indebted to mobsters and that her safety was in jeopardy if she did not pay. The following day, Nadel converted the stolen funds into a Bank of America cashier's check payable to herself.

### 1. Check Cashing

On January 13, 2017, Nadel traveled from Washington to New York with the cashier's check. Russell enlisted Corry Evans' assistance in getting the check cashed at a PLS Check Cashing store in New York due to his preexisting relationship with the store. Nadel told PLS she was cashing the check to purchase a house. Russell sent Nadel the following messages that day.[3]

| Time (Eastern) | From | Message |
|---|---|---|
| 5:01PM | Russell | Relax while you talk to them don't stutter send him a text telling you what the house looks like |
| 5:01PM | Nadel | Ok thanks |
| 5:01PM | Russell | If you can tell them you're going to go get something to drink next-door because you been in there for hours and while you're outside for two minutes get really a canna Soter and ask him what the house looks like |
| 5:02PM | Russell | If you have time in between call me don't panic this is negativity it's the devil trying to attack you and we will not except it rebuke it in the name of Jesus your powers are coming through |

---

[3] Although Russell cannot read or write, she communicated via text message using smartphones that serve as speech synthesizers and that can read text aloud.

| Time (Eastern) | From | Message |
|---|---|---|
| 5:36PM | Nadel | All good |

After Nadel cashed the check, Nadel gave the money to Robert Evans and Corry Evans, who took the money to Tony John Evans' residence. The funds were then split among Russell and the Evans/Kaslov family. Russell SOO ¶ 24(f).

On January 14, 2017, i.e., the very next day, and consistent with her insatiable greed, Russell demanded an additional $350,000 from Nadel. Russell SOO ¶ 24(g). As a result, Zancan initiated two separate wire transfers to an account that Nadel had at TD Bank.

On January 19, 2017, Nadel obtained cashier's checks in the amount of $250,000 and $100,000 from her TD Bank account. Nadel also obtained a letter from a TD Bank Assistant Store Manager indicating that she had purchased the two checks from her account, which had a balance of $351,115.96 before the checks were issued. PLS was reluctant to cash the checks due to fraud concerns. Thus, it requested additional support.

Over the next several days, Nadel undertook various actions so she could cash the cashier's checks. She had Zancan create fraudulent documents explaining why she received large wire transfers. She also—upon the direction of Russell and Corry Evans—created a script of false claims on her phone to get PLS to cash the checks. The digital script included the following notes: "Personal shareholder in the company and consultant," "Cashing out on one of my investments," "Personal consultant for this company," "2-3 weeks to be cleared for me period," "Shopping buy jewelry don't want to have to wait for it to be transferred."

Finally, on January 24, 2017, Nadel successfully cashed the checks at PLS. She immediately provided the cash to Corry Blue Evans, Tony John Evans, and Robert Evans, who

accompanied her to the store. Once they had the money, the brothers celebrated. Archie Kaslov drove the brothers to the New York diamond district on 47th Street, where Russell met them. Kaslov and others then used criminally derived proceeds to purchase watches, including Rolexes.

### 2. $500,000 Cash Demand, "Tony" the Mobster, & Delivery of the Cash

On January 20, 2017, four days *before* PLS cashed the $350,000 in cashier's checks, Russell demanded an additional $500,000 from Nadel. Russell SOO ¶ 24(j). Given the difficulties in cashing the checks, Russell told Nadel to request payment in cash. Russell told Nadel that Tony John Evans would assist with this demand and that she and he discussed having him pose as a mob boss or loan shark named "Tony" to Zancan. That evening, Zancan was driving home from work when he received a telephone call from Nadel, who indicated that "Tony" wanted to speak with him. Tony Evans was on the line as part of a three-way conversation with Nadel and Zancan. Tony Evans told Zancan that Nadel would not be allowed to leave New York until a $500,000 payment was made. He also told Zancan that he knew where Zancan lived and worked, and where his child went to school. *See* Corry Blue Evans Statement of Offense ¶ 22 (ECF No. 448), 18-CR-103. Not surprisingly, when the threats shifted from ones against Nadel to ones against Zancan and his family, including his kids, Zancan was terrified and feared for his safety and the safety of his family. Over the next week, Zancan engaged in a series of fraudulent transactions to raise $500,000.

On January 27, 2017, Zancan drove to New York to deliver the $500,000 in cash, which he had assembled with the assistance of others. Before Zancan arrived in New York that day, Robert Evans and Nadel rented rooms at the Fairfield Inn Chelsea across from Corry Evans' apartment. *See* Robert Evans Statement of Offense ¶ 17(n) (ECF No. 312), 18-CR-103. Tony

Evans directed Zancan to a specific location in New York. After Zancan stopped at that location,

a member of the Evans/Kaslov family took this photograph of  the back of Zancan's vehicle and texted it to Nadel to share with Zancan—which she did—to create the illusion that Zancan was being surveilled and followed by the mafia. *See* Corry Evans Statement of Offense ¶ 23 (ECF No. 448), 18-CR-103.

Following the conspirators' surveillance of Zancan, Tony Evans directed Zancan to the Fairfield Inn and instructed Zancan to deliver the $500,000 in cash. Zancan went to the room where Nadel already had checked in. While Zancan was in the room with Nadel delivering the money, Russell tried to call Nadel. The two then engaged in the following text exchange.

| Time (Eastern) | From | Message |
|---|---|---|
| 5:39PM | Nadel | Call you back |
| 5:39PM | Nadel | In the middle of things |
| 5:39PM | Nadel | Can't talk |
| 5:40PM | Russell | What's the name of the hotel that you rented and text me the number for |
| 5:40PM | Russell | Hotel |
| 5:40PM | Nadel | Fairfield inn 1005 |
| 5:40PM | Nadel | In here now getting money |
| 5:40PM | Nadel | With d |
| 5:44PM | Russell | Call me |
| 5:46PM | Nadel | One sec - not alone yet |
| 5:47PM | Russell | Call me 911 stop acting dumb call me now |
| 5:48PM | Russell | Tony's mad you don't to wait for you to have sex he's going to make a plate Holly what are you doing stop acting stupid |
| 6:35PM | Nadel | Going to be with dan in about 20 mins |
| 6:35PM | Nadel | You able to talk for a few mins? |

Once the money was delivered, Tony Evans retrieved the backpack containing the cash and delivered it to his co-conspirator family members. *See* Tony Evans Statement of Offense ¶ 14(u) (ECF No. 74), 18-CR-103.

### 3.   Additional Cash Demands and Invention of More Sinister Mobsters

The $500,000 cash drop was not the end of the road for Russell and her codefendants. Instead of being content with having received close to a million dollars from Zancan at this point, Russell and her coconspirators kept pressing for more and more money. And, as part of the scheme, Russell and others created fictional individuals named "Sammie" and "Santino" who were supposedly crueler than "Tony." Zancan was led to believe that "Sammie" and "Santino" were beating, threatening rape, and holding Nadel hostage, all in an effort to further terrify and intimidate Zancan into paying.

On February 2, 2017, while Nadel was with Zancan, she and Russell engaged in the following text exchange.

| Time (Eastern) | From | Message |
| --- | --- | --- |
| 06:29PM | Russell | Text me Dan's Full name in the name of his company |
| 06:29PM | Nadel | Dan Zancan R and r mechanical I think |
| 06:30PM | Nadel | Everything ok? |
| 06:30PM | Russell | Yes |
| 06:30PM | Russell | Make sure |
| 06:32PM | Russell | Dan zancan |
| 06:32PM | Nadel | Yes |
| 06:32PM | Nadel | What's going on? |
| 06:32PM | Russell | Send me a picture of him |
| 06:32PM | Nadel | ThAts the right name |

| Time (Eastern) | From | Message |
|---|---|---|
| 06:32PM | Russell | K |
| 06:32PM | Nadel | I can't right now without him seeing |
| 06:33PM | Russell | I'm sure you have one in your phone you can text me don't be difficult |
| 06:33PM | Nadel | One Sec |
| 06:34PM | Nadel | [Nadel Sent an Image File] |
| 06:39PM | Nadel | That work? |
| 06:39PM | Russell | Yes |
| 06:39PM | Nadel | But everything is okay? Feeling anxious and can't call |

On or about that same day, Russell texted Tony Evans images of Zancan's face and of a black handbag containing bundles of cash. Russell made Nadel purchase the black handbag for her and fill it with a payment of between approximately $100,000 and $120,000 Nadel received from Zancan, who believed the payment was for interest on Nadel's outstanding debt. Nadel provided the handbag full of cash to Russell at Tony Evans' apartment. Russell SOO ¶ 24(t).

Undeterred by the psychological turmoil that she and her coconspirators were unleashing on Zancan, Russell remained almost singularly focused on obtaining more money from him. For example, on February 5, 2017, after demanding additional funds from Zancan, Nadel told Zancan that he needed to call "Tony" late one night. Russell and Nadel engaged in the following exchange around 3AM.

| Time (Eastern) | From | Message |
|---|---|---|
| 03:16AM | Russell | Is everything OK |
| 03:16AM | Nadel | No it's not |
| 03:16AM | Russell | What's going on don't let him make any phone calls |
| 03:16AM | Nadel | It's pushing it too far |
| 03:16AM | Nadel | He's freaking out about calling Tony |

11

| Time (Eastern) | From | Message |
|---|---|---|
| 03:16AM | Nadel | At this hour |
| 03:17AM | Russell | OK so what do you want to do |
| 03:17AM | Nadel | I don't know - trying to calm him down |
| 03:17AM | Russell | Tell him to calm down and not to freak out and to get it together |
| 03:17AM | Nadel | He's sobbing |
| 03:17AM | Russell | Tell him not to cry tell him that you love him very much Tom everything is going to be OK |
| 03:17AM | Russell | Don't worry I have conference he's going to give it to you |
| 03:18AM | Nadel | Telling him |
| 03:18AM | Russell | Tell him that he would rather deal with Tony Tony is more sensible thing to deal with these crazy nut jobs their animals at least Tony is a more sensible person tell him not to be afraid |
| 03:18AM | Nadel | I did but he's afraid of pissing Tony off |
| 03:18AM | Nadel | Calling him 3am before the super bowl |
| 03:19AM | Russell | Tell him not to be worried about pissing Tony off time to be worried about losing you because he's going to lose you forever |
| 03:19AM | Nadel | Ok |
| 03:20AM | Russell | Tell him you feel safer with Tony |
| 03:20AM | Nadel | He knows that |
| 03:21AM | Russell | He's going to do it don't worry |
| 03:23AM | Russell | Tell me you're in danger in that you have no choice |
| 03:23AM | Nadel | I know |
| 03:23AM | Russell | What is he saying |
| 03:23AM | Nadel | Just trying to get him here |
| 03:24AM | Nadel | Faster |
| 03:24AM | Russell | Do you just want to make a three-way line |
| 03:25AM | Russell | Tony only have five minutes you have to hurry |
| 03:25AM | Russell | Tell him that they said they're coming back to get you you don't know when it's going to be your scared |
| 03:56AM | Nadel | You there? |

| Time (Eastern) | From | Message |
|---|---|---|
| 04:35AM | Russell | Tell him that Tony's guy told you that the boss is going to talk to him on Monday |
| 04:35AM | Nadel | Ok |
| 04:35AM | Russell | That they will not disrupt this weekend because this is their biggest weekend of business |
| 04:35AM | Nadel | Ok |
| 04:36AM | Russell | Tell me what he is saying |
| 04:37AM | Nadel | He's concerned about Thur and coming up with it so fast |
| 04:38AM | Russell | Help him |
| 04:38AM | Nadel | I will |

Later that day, Russell and Nadel engaged in the following text exchange.

| Time (Eastern) | From | Message |
|---|---|---|
| 12:26PM | Nadel | Done with church but will be With dan till tonight – you ok? Text is best today |
| 12:35PM | Russell | How's Dan doing |
| 12:35PM | Nadel | He's doing ok |
| 12:37PM | Russell | K |
| 12:38PM | Nadel | Better than expected thank god |
| 12:38PM | Nadel | We did good |
| 12:38PM | Nadel | Love you |
| 12:39PM | Russell | 😂😂😂love you |
| 12:39PM | Russell | Delete your text messages now all of them from me and run out and get a burner phone |
| 12:40PM | Nadel | Yeah we are both going to get them for the call tomorrow |
| 12:40PM | Nadel | Will do |

### 4. *$1.9 Million Demand, Gold & Engagement Ring*

Later that month, Russell instructed Nadel to demand $1.9 million from Zancan. Russell

SOO ¶ 24(v). These continuing and growing demands were built on the foundation of Zancan's

psychological turmoil and emotional terror and his genuine—but misplaced—love and affection for Nadel.

On February 17, 2017, Nadel sent a text message to Zancan that "Tony" (i.e., Tony Evans) was ready to talk. Tony Evans, Nadel, and Zancan communicated by three-way cellular telephone call during which Tony Evans informed Zancan that the "juice" on the $1.9 million was 10 percent per month, meaning that Nadel owed 10 percent monthly interest on a $1.9 million debt to the individuals who purportedly threatened harm unless the debt was repaid. After Zancan protested that he could not possibly convert so much money to cash, Tony Evans agreed to accept approximately $1.6 million in gold bars from Zancan. Russell SOO ¶ 24(v).

On February 27, 2017, Robert Evans and Russell traveled to New Orleans for Mardi Gras. That same day, Russell and Nadel texted each other the following.

| Time (Eastern) | From | Message |
| --- | --- | --- |
| 06:13PM | Russell | Where are you |
| 06:15PM | Nadel | In car with dan |
| 06:16PM | Russell | Is everything OK with wrong |
| 06:16PM | Nadel | Everything is fine |
| 06:16PM | Russell | Pork what's the problem what's going on |
| 06:16PM | Nadel | There's no problem |
| 06:16PM | Russell | No I know you something is wrong what is it tell me now don't make me call Mika soon |
| 06:16PM | Nadel | What do you mean |
| 06:16PM | Nadel | He's anxious still but I will calm him |
| 06:17PM | Nadel | He's spending the night with me |
| 06:17PM | Nadel | I'll make his head go on straight |
| 06:17PM | Russell | How long ago did you leave New York |
| 06:17PM | Nadel | Like 4ish |

| Time (Eastern) | From | Message |
|---|---|---|
| 06:18PM | Nadel | Are you ok? |

Russell and Nadel engaged in the following exchange a couple hours later regarding Zancan giving Nadel an engagement ring.

| Time (Eastern) | From | Message |
|---|---|---|
| 08:48PM | Nadel | Back at hotel with dan now for the night |
| 08:48PM | Nadel | He bought a ring |
| 08:48PM | Russell | Omg |
| 08:48PM | Russell | Terri puts me pictures every worry I want to see you please look at the ring is it |
| 08:48PM | Nadel |  |
| 08:48PM | Nadel | I know |
| 08:48PM | Russell | How many carrots is it |
| 08:49PM | Nadel | I think he said 1 |
| 08:49PM | Nadel | Carrot |
| 08:49PM | Nadel | In center and 1 on band? |
| 08:49PM | Nadel | So 2 total? |
| 08:49PM | Nadel | Does that make sense |
| 08:49PM | Russell | Where did he get it |
| 08:50PM | Nadel | 47th street I think |

15

| Time (Eastern) | From | Message |
|---|---|---|
| 08:50PM | Russell | And didn't get the time ask you what ring size you are if you know that the time |
| 08:50PM | Nadel | He asked me earlier remember? |
| 08:50PM | Nadel | I said I thought 4.5 and it was right |
| 08:51PM | Nadel | He took a chance |
| 08:51PM | Russell | Who asked you earlier |
| 08:52PM | Russell | Remember don't fall in love and get too emotionally attached he only is doing this because you are emotionally supporting him |
| 08:52PM | Nadel | I know |
| 08:52PM | Nadel | I'm not I promised |
| 08:52PM | Nadel | Promise |
| 08:52PM | Nadel | Playing the part right now but I know the difference |
| 08:53PM | Russell | K Love you but make sure I don't fall into the park |
| 08:53PM | Nadel | Love you I won't |
| 08:54PM | Russell | We need to talk about this because he's probably not going to go home mountains and I want to be with you |
| 08:54PM | Russell | You have to tell him that he has to go home to his babies |
| 08:54PM | Nadel | Tonight? |
| 08:54PM | Russell | Let them spend the night with you and then let them go home |
| 08:54PM | Nadel | When |
| 08:55PM | Russell | And you can't wear that ring when you're working you'll get stolen |
| 08:55PM | Nadel | Because he told her he wasn't coming home tonight - he told her he was going home tomorrow |
| 08:55PM | Nadel | Of course not |
| 08:55PM | Russell | K good |

Russell proceeded to encourage Nadel to spend the night with Zancan and have sex with him. A few minutes later, Nadel asked Russell how much she thought the ring was worth.

| Time (Eastern) | From | Message |
|---|---|---|
| 09:01PM | Nadel | He said the guy who he did the gold exchange with recommended someone on 47th street that he knows and trusts and that's where he got it |
| 09:01PM | Nadel | Today when he was waiting for it to be ready |
| 09:02PM | Russell | K |
| 09:02PM | Nadel | How much do you think it's worth? |
| 09:03PM | Russell | Be like oh my God dude I can't believe how much did you spend |
| 09:04PM | Nadel | Ok |
| 09:18PM | Nadel | He won't tell me the amount |
| 09:19PM | Russell | It's OK it's normal just laugh about it |
| 09:19PM | Nadel | Ok lol |
| 09:19PM | Nadel | Ok we are getting busy here for a bit lol- text you in a bit - have fun over there!!!! Love you |
| 09:20PM | Russell | Love you too have fun |
| 09:20PM | Nadel | Thanks |

On or about March 23, 2017, Zancan used his employer's funds to purchase gold from a host of gold dealers. A couple days later, on Saturday, March 25, 2017, he drove to New York and delivered the gold bars by dropping off luggage containing the gold in a New York hotel room that Nadel had checked into. Tony Evans retrieved the gold and delivered it to his co-defendants. *See* Tony Evans Statement of Offense ¶ 14(ss) (ECF No. 74).

Zancan believed this was the final required payment, that he had secured Nadel's freedom, and that she would be released on Monday morning. As a result, Zancan planned to leave New York at approximately 3:00AM on Monday, March 27, 2017, to drive to his workplace, where approximately $80,000 in gold bars that he purchased was scheduled to be delivered. He planned to convert the gold to cash and use it to get away with Nadel after she was released.

### 5.   *Additional Psychological Turmoil and Demands*

On Monday, March 27, 2017, consistent with his plan, Zancan drove from New York to Washington, picked up the gold, and drove back to New York. During the drive, Nadel told him that a turf war had broken out, that "Tony" had been shot by "Santino," and that the individuals in New York were not letting her leave. When Zancan arrived in New York, he exchanged the approximately $80,000 of gold for cash. Nadel told him that the New York individuals were demanding an additional $50,000 in "protection" money before they released her. Thus, that evening, Zancan met Nadel at a Starbucks near Times Square and gave her $50,000 in cash. Nadel left with the cash and returned approximately thirty minutes later without it. Zancan and she were then "allowed" to leave New York, but Nadel was instructed to remain in the Washington area.

Zancan and Nadel drove to a hotel near Baltimore and spent the night there. Russell, posing as "Sammy P.," one of the mobsters allegedly more dangerous than "Tony," sent several text messages to Nadel, including the following, which Nadel shared with Zancan, heightening his fear.

> What the fuck is going on?! What are you two jerk offs hiding? Why is Dan's phone off line? Hollie, Tony could be dying because of you, so if you think your gonna leave and not listen to my instructions you piece of shit, not only will you not be safe from Santino who could find you fucking anywhere and is desperate for you, but I will personally make sure you feel Tony's pain times twenty. Honestly I would fucking enjoy torturing you, after all the fucking drama you have caused you fucking jinx.

### 6.   *Arrests of Zancan and Nadel and Their Guilty Pleas*

On March 28, 2017, at Nadel's instruction, Zancan drove to Dallas, Texas, to meet an individual for the purpose of obtaining false identification documents for Zancan and Nadel using identifying information of two former R&R Mechanical Contractors, Inc. employees. PSR ¶ 44. Zancan never actually obtained those documents.

When Zancan failed to report for work and his employer noticed the financial irregularities with the company's account, law enforcement started investigating the case.

On April 4, 2017, after the FBI made contact with Nadel, Russell and she got married per the directions of Candy Evans for the purpose of creating a purported spousal privilege that would keep Nadel from testifying against Russell in the future. PSR ¶ 45.

On April 6, 2017, Zancan was arrested. He started cooperating immediately, and ultimately pled guilty to a two-count information, which charged him with Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h).

On April 8, 2017, per Candy Evans' instructions, Russell and Nadel signed a confession that implicated only them and falsely exonerated other Evans/Kaslov family members. PSR ¶ 47.

Later that month, Candy Evans and Russell instructed Nadel to lie to the FBI during an upcoming meeting in Washington, D.C. Nadel said Russell threatened her with lifetime imprisonment and/or torture if she did not say exactly what Ms. Evans instructed her to say. PSR ¶ 48. Indeed, Nadel lied at that meeting, which took place at the U.S. Attorney's Office. The only attendees were Nadel, her then-attorney, two FBI agents, and two Assistant U.S. Attorneys.

On October 19, 2017, a federal grand jury returned an indictment against Nadel. Six days later, the FBI executed six search warrants in Manhattan. Nadel was arrested that same day at Washington Reagan National Airport before her plane took off for Charlotte, North Carolina. She was detained for approximately two months before being released to the custody of her parents.

Nadel decided to cooperate with the government. She debriefed multiple times and testified before the grand jury that returned the indictment against the Russell/Evans/Kaslov family.

*See* ECF No. 1, 18-CR-103. The government would have called her as a witness if any members of the Russell/Evans/Kaslov family went to trial. In May 2018, Nadel pled guilty to a one-count information charging her with Conspiracy to Commit Bank Fraud and Money Laundering, in violation of 18 U.S.C. § 371.

## VI.   SENTENCINGS OF COCONSPIRATORS

The Russell/Evans/Kaslov family members who were indicted each pled guilty and were sentenced as follows.

| Defendant | Charge | Guidelines Range | Prison Sentence |
|---|---|---|---|
| Gina Rita Russell | 18 U.S.C. § 1951[4] | 151 to 188 Months | 125 Months |
| Tony John Evans | 18 U.S.C. § 1951[5] | 57 to 71 Months | 60 Months |
| Robert Evans | 18 U.S.C. § 1951[6] | 57 to 71 Months | 60 Months |
| Corry Blue Evans | 18 U.S.C. § 1344[7] | 33 to 41 Months | 41 Months |
| Archie Kaslov | 18 U.S.C. § 371[8] | 30 to 37 Months | 30 Months followed by 6 months of home detention |
| Candy Evans | 18 U.S.C. § 1512(b)(3)[9] | 18 to 24 Months | 12 Months and 1 day followed by 6 months of home detention |

[4]  Russell was the only member of the Russell/Evans/Kaslov family to plead guilty pursuant to a cooperation agreement. She forfeited her right to a substantial assistance departure and acceptance credit, however, by engaging in additional criminal conduct prior to sentencing. *See generally* ECF Nos. 495 and 538 at 23-24.

[5]  Tony Evans was the first family member who pled guilty. The government let him plead guilty to an offense with a sentencing range of 57 to 71 months (Count Two) instead of 97 to 121 months (Count Five). In fashioning the plea offer, the government considered the value of the information he provided to law enforcement during four voluntary debriefings and his voluntary surrender of additional gold bars/a watch. He also agreed to forfeit every item in his safe deposit box and arranged for the transfer of his Rolls Royce.

[6]  In requesting a 60-month sentence, the same sentence imposed against Tony Evans, the government noted that despite Robert Evans being slightly less culpable than Tony Evans, Robert Evans did not accept responsibility early. It took him three years to plead guilty. He never met with the government, never took any steps to try to make the victim partially whole, and never provided the government with useful information. Accordingly, the government requested the same sentence that Tony Evans received.

[7]  Corry Evans received a minor role adjustment.

[8]  Kaslov pled guilty to a superseding information charging conspiracy to commit wire fraud. He received a minor role adjustment.

[9]  The parties anticipated that Candy Evans' final guidelines range would be 12 to 18 months, but she received an aggravating role adjustment. She was not charged with any substantive extortion/fraud offenses.

20

## VII. SENTENCING GUIDELINES

The presentence investigation report properly applied the following guidelines provisions:[10]

| | | |
|---|---|---|
| USSG §2B1.1(a)(2) | Base Offense Level | 6 |
| USSG §2B1.1(b)(1)(J) | Loss of more than $3.5 million | 18 |
| USSG §2B1.1(b)(2)(A)(iii) | Substantial Financial Hardship | 2 |
| USSG §2B1.1(b)(17)(A) | More than $1 million in gross receipts | 2 |
| USSG §3C1.1 | Obstruction of Justice | 2 |
| USSG § 3E1.1(b) | Acceptance of Responsibility | -3 |
| | Total: | 27 |

PSR ¶ 81-92. Nadel has no criminal history points and is in Criminal History Category I. PSR ¶ 95. The recommended guidelines range at level 27 and CHC I is 70 to 87 months' imprisonment, but given the five-year statutory maximum, the guideline term is 60 months. *See* PSR ¶ 157.

## VIII. DOWNWARD DEPARTURE UNDER SECTION 5K1.1 OF THE GUIDELINES

The government seeks a downward departure under Section 5K1.1 of the Guidelines based on Nadel's substantial assistance in the investigation and prosecution of others. Nadel debriefed with the government multiple times and testified before the grand jury that returned the indictment against the Russell/Evans/Kaslov family. She also was prepared to testify at trial. In recommending a departure from a total offense level of 27 to 13, the government has factored in Nadel's assistance and the unique circumstances of her case, namely, that she only started engaging in criminal

---

[10] The PSR further sets forth the interplay between USSG §2X1.1, §2S1.1, and §2B1.1. *See* PSR ¶ 77-81.

activity after meeting Gina Russell, the type of activity that she engaged in, including sex work, and that Russell and members of her family were the beneficiaries of Nadel's criminal activity.

**ARGUMENT**

**IX.    THE 18 U.S.C. § 3553(A) FACTORS SUPPORT A SENTENCE OF 12 MONTHS AND ONE DAY OF INCARCERATION**

The Court must impose a sentence that is sufficient but not greater than necessary to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment, to afford adequate deterrence, to protect the public from further crimes of the defendant, and to provide the defendant with needed educational or vocational treatment. 18 U.S.C. § 3553(a)(2). The Court also must consider the history and characteristics of the defendant, the sentencing range under the guidelines, and the need to avoid unwarranted sentencing disparities. 18 U.S.C. § 3553(a)(1)-(7).

**A.      The Nature and Circumstances of the Offense and the Need for the Sentence to Reflect the Seriousness of the Offense**

The Honorable Emmet G. Sullivan, who presided over this case for more than four years, described it as one of the worst non-violent cases that he has seen in all his years on the bench. The lengths that members of the Russell/Evans/Kaslov family went to satisfy their insatiable greed is truly mind-numbing. Although Nadel did not enjoy any of the spoils from the scheme and thus appears before this Court in a different posture than the defendants who already have been sentenced, her conduct was still incredibly serious. Moreover, the scheme could not have existed but for Nadel. As she deftly told the Court, "I was [Zancan's] vulnerability." ECF No. 539 at 7. Indeed, she was the tool that Russell and others used to extract millions of dollars from Zancan's employer. Nadel was completely aware of the scope of the scheme. She knew the mobsters were fake. She knew Zancan's love for her was misplaced. She knew Zancan was stealing money from

22

his employer. Yet she consciously carried out the scheme day after day, week after week, month after month. And the scheme caused great harm. The owner of the company from which Zancan embezzled noted that Zancan's theft took place after the business' year-end accountant's review and, given that most of the theft occurred in a two-month period, it left the business "unable to meet payroll requirements, union pension and medical costs, vendor invoices, and subcontractor bills." As a result, the owner indicated that he "had to transfer money from [his] personal retirement, college fund savings, and investment accounts to cover the shortfall." ECF No. 476 at 3. The owner also recently shared his belief that no one involved in this crime should be given a shorter sentence.[11] A sentence of incarceration would reflect the nature, circumstances, and seriousness of Nadel's criminal conduct.

### B. The Need to Deter the Defendant and Others from This Type of Criminal Conduct and Protect the Public from Further Crimes of the Defendant

The government does not believe that Nadel poses a danger of recidivism. Thus, a sentence of incarceration is not needed to deter her from engaging in further crimes or to protect the community from her. She has performed as well as anyone could on pretrial release and appears fully rehabilitated, having turned around her life. However, a sentence of some period of incarceration is warranted for general deterrence purposes.

---

[11] In response to Robert Evans' motion to reduce his sentence [ECF No. 494, 18-CR-103], the owner indicated that Zancan's embezzlement "resulted in R&R Mechanical not meeting payroll for our 200 employees, many whom have been with the company for our 30 years of doing business. We could not pay our vendors or our subcontractors." He added, "I do not believe anyone involved should be given a shorter sentence[.]" ECF No. 549.

### C.      The History and Circumstances of the Defendant

Nadel's involvement with Gina Russell and members of her family is baffling. There is no doubt that she was manipulated and exploited. Indeed, she stands before this Court both as a victim and a defendant who victimized others. Numerous third parties have written letters to the government asking that charges be dismissed against Nadel, and they have agreed with the defense's characterization that Nadel is a human trafficking victim (forced labor, sex trafficking, forced criminality).

Based on a review of the facts in this case, government attorneys who are experts in these areas reached a contrary conclusion. It is worth noting that: (1) she did not come from an abusive home; (2) she did not have a drug abuse problem or a pre-existing mental health issue; (3) she did not begin her relationships and conduct as a minor; (4) she was not completely cut off from her family – indeed, part of her conduct here involved her family indulging her with jaw-dropping financial support that she lied and manipulated out of them; (5) she was not without legal status; (6) she was not kept constantly in the physical presence of Russell and others; (7) she arranged her own appointments on Backpage; and (8) she traveled by herself to other parts of the country.[12] Moreover, the government has not charged her with any offenses related to engaging in sex work. Instead, the conduct for which she appears before the Court solely relates to the extortion, fraud, and money laundering scheme that resulted in Daniel Zancan stealing approximately $4 million from his employer.

This is not to say that Nadel's circumstances are not relevant at sentencing; they are.   To be clear, the government believes Nadel was manipulated and exploited by Russell and her family

---

[12]  Undersigned counsel is not an expert in human trafficking cases.

and that she also endured physical abuse during her years being involved with them. Thus, as noted above, Nadel too is a victim in this case, and the Court should take into account these background facts in sentencing Nadel.

### D. The Need to Avoid Unwarranted Sentencing Disparities

The sentence recommended by the government would not lead to an unwarranted sentencing disparity compared with sentences imposed against members of the Russell/Evans/Kaslov family.

### X. RESTITUTION

The Court should order restitution in the amount of $4,217,542.86 as set forth in the presentence investigation report, i.e., the losses incurred by Zancan's embezzlement. *See* PSR ¶ 180; *see also* PSR ¶ 42; *United States v. Bikundi*, 926 F.3d 761, 790-91 (D.C. Cir. 2019) (the Mandatory Victims Restitution Act requires courts to order defendants to make restitution in the full amount of the victim's loss without consideration of the economic circumstances of the defendant; restitution's purpose is not punitive; it is compensatory, i.e., to restore the identifiable victim who suffered a monetary loss to the financial position the victim occupied before the fraud). Pursuant to 18 U.S.C. § 3664(j)(1), the government requests that the judgment include an instruction that the two non-insurance company victims recover in full before the insurance company referenced in paragraph 180 is paid. *See United States v. Baldwin*, 389 F. Supp. 2d 1, 4 (D.D.C. 2005) (concluding that in accordance with section 3664(j)(1), "all restitution must be made first to the direct victims of the fraud . . . before restitution can be made" to an insurance company that compensated a victim for its loss). Moreover, the judgment should note that the restitution obligation shall be joint and several with Gina Russell, Tony John Evans, Robert Evans, Corry Blue Evans, Archie Kaslov, Candy Evans, and Daniel Zancan.

## XI.   FORFEITURE

Given the unique circumstances of this case and considering that Nadel did not keep any of the proceeds that she obtained, the government has elected not to seek forfeiture against Ms. Nadel, and thus, requests that the Court vacate the Consent Order of Forfeiture signed by Judge Sullivan on May 7, 2018.

## **CONCLUSION**

For the foregoing reasons, the government respectfully requests that the Court sentence Hollie Nadel to 12 months and one day of incarceration followed by one year of supervised release.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Kondi J. Kleinman*
KONDI J. KLEINMAN, Cal. Bar No. 241277
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
(202) 252-6887 | Kondi.Kleinman2@usdoj.gov